IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| R.D., | : |
| Plaintiff, | : |
| v. | : CASE NO. 4:21-CV-209-MSH |
| | : Social Security Appeal |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

# **ORDER**

Plaintiff filed this action (ECF No. 1) on December 3, 2021, challenging the Commissioner of Social Security's decision to deny his disability benefits. On the same day, Plaintiff moved to proceed *in forma pauperis* ("IFP") (ECF No. 3). The Court denied Plaintiff's IFP motion and directed him to pay the filing fee within fourteen (14) days. Order 1-3, Dec. 6, 2021, ECF No. 5. The Court also explained that failure to comply could result in dismissal of the action. *Id*. at 3. Plaintiff did not comply[1], and on January 13, 2022, the Court ordered Plaintiff to show cause "why his case should not be dismissed due to his failure to comply with the Court's directives." Order 1, ECF No. 9. The Court allowed Plaintiff another fourteen (14) days to respond and warned him that failure to comply "will result in the dismissal of this action." *Id*. at 2.

---

[1] On December 21, 2021, Plaintiff moved for reconsideration of his motion to proceed IFP (ECF No. 7), and the Court denied that motion. Text-Only Order, Dec. 22, 2021, ECF No. 8.

The time for compliance has passed, and Plaintiff has failed to pay the filing fee or show cause as to why his Complaint should not be dismissed.  Therefore, Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

SO ORDERED, this 2nd day of February, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE